THE LENTZ LAW FIRM, P.C.
Jacek W. Lentz (State Bar No. 213198)
9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210
Telephone: (213) 250 - 9200
Facsimile: (888) 571 - 5591
Email: jwl@lentzlawfirm.com

Attorneys for Claimants
Sergey Mirumyan and Mary Arakelyan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br><br>$400,000 in U.S. Currency,<br><br>                    Defendant(s). | Case No. 2:21-cv-07153<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST BY SERGEY MIRUMYAN AND MARY ARAKELYAN** |

      Claimants SERGEY MIRUMYAN ("Mirumyan") and MARY ARAKELYAN ("Arakelyan") (collectively "Claimants") by and through their counsel Jacek W. Lentz and The Lentz Law Firm, P.C., hereby make claim to the Defendant property to wit, $400,000 USD (the "Defendant Property").

I.

      Arakelyan claims a total of $120,000 of the Defendant Property. Of that total, Arakelyan claims a possessory interest in $70,000 of the Defendant Property, which represents compensation paid to her children for the wrongful death of their father. Arakelyan was entrusted to save and secure this money on their behalf. Separately, Arakelyan claims an ownership interest in $50,000 of the Defendant Property

**VERIFIED CLAIM AND STATEMENT OF INTEREST**     -1-

which she obtained in part from an insurance claim for the wrongful death of her husband and in part from her employment as a hospice nurse.

Mirumyan claims an ownership interest in $280,000 of the Defendant Property. His interest was acquired from the sale of real estate located in the Republic of Armenia.

## **VERIFICATION**

I verify that I have read the foregoing claim and declare under penalty of perjury, under the laws of the United States of America, that the allegations therein are true and correct.

Executed this 8th day of November, 2021.

_____
*Sergey Mirumyan* — 11/9/2021
SERGEY MIRUMYAN
Claimant

_____
*Mary Arakelyan* — 11/9/2021
MARY ARAKELYAN
Claimant